# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Dale A Drozd        **RE:  Edward Lona**
United States District Judge        **Docket Number:  1:16CR00057-DAD**
Fresno, California        <u>**PERMISSION TO TRAVEL**</u>
       <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

Edward Lona is requesting permission to travel to Mexicali, Baja California, Mexico.   Edward Lona is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On May 18, 2010, Edward Lona was sentenced for the offenses of 21 USC 841 – Possession with Intent to Distribute Methamphetamine and 18 USC 2 – Aiding and Abetting.

**Sentence Imposed:**  188 months custody in the Bureau of Prisons; 5 years Supervised Release; $100 Special Assessment (Paid).

**Dates and Mode of Travel:**  From March 5, 2018, to March 12, 2018.  He will be travelling in a vehicle registered to him, a Honda Accord, bearing the license plate number 75JD336.

**Purpose:**  To take his parents to a doctor's appointment.

**RE:** **Edward Lona**
     **Docket Number: 1:16CR00057-DAD**
     <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Adrian Garcia
ADRIAN GARCIA
United States Probation Officer

Dated:    February 27, 2018
          Fresno, California
          AG/dp

**REVIEWED BY:**        **/s/Tim D. Mechem**
                        **TIM D. MECHEM**
                        **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated:   **February 27, 2018**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX