UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A Drozd<br>United States District Judge<br>Fresno, California | **RE: Edward Lona**<br>**Docket Number: 1:16CR00057-DAD**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Edward Lona is requesting permission to travel to Mexicali, Baja California, Mexico. Edward Lona is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 18, 2010, Edward Lona was sentenced for the offenses of 21 USC 841 – Possession with Intent to Distribute Methamphetamine and 18 USC 2 – Aiding and Abetting.

**Sentence Imposed:** 188 months custody in the Bureau of Prisons; 5 years Supervised Release; $100 Special Assessment (Paid).

**Dates and Mode of Travel:** From May 16, 2018, to May 20, 2018. He will be travelling in his registered vehicle, a Honda Accord.

**Purpose:** To take his parents to a doctor's appointment.

**RE:	Edward Lona
	Docket Number:  1:16CR00057-DAD
	PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


		Respectfully submitted,


		 /s/ Adrian Garcia
		ADRIAN GARCIA
		United States Probation Officer

Dated:	May 8, 2018
	Fresno, California
	AG/dp


**REVIEWED BY:**	     /s/ Tim D. Mechem
	**TIM D. MECHEM
	Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved


IT IS SO ORDERED.

Dated:  **May 10, 2018**	___Dale A. Drozd___
		UNITED STATES DISTRICT JUDGE